UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KLISMAN RRUKAJ,

                Petitioner,

v.

MARKWAYNE MULLIN et al.,

                Respondents.

_____/

Case No. 1:26-cv-1282

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2241 (ECF No. 4) is **DISMISSED WITHOUT PREJUDICE.**

Dated:    June 12, 2026                /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                For the Honorable Paul L. Maloney
                                                United States District Judge